IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRANCE REASER, #265 571, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:16-CV-566-ALB |
| | ) |
| MR. BORDERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On May 22, 2019, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Doc. 24. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case be and is hereby DISMISSED as follows:

1. Defendants' motion for summary judgment (Doc. 12) is GRANTED.

2. This action is DISMISSED with prejudice.

A final judgment will be entered separately.

**DONE** and **ORDERED** this 13th day of June 2019.

/s/ Andrew L. Brasher
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE